Case 7:21-cv-00016 Document 15 Filed on 08/24/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARK A. ESTRADA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-016 |
| | § | |
| BOBBY LUMPKIN, Director, Texas | § | |
| Department of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (Civ. Dkt. No. 13) and Petitioner's objections to the Report and Recommendation (Civ. Dkt. No. 14). The Court has conducted a *de novo* review of the record in this matter as it pertained to the specific objections raised by Petitioner pursuant to 28 U.S.C. § 636(b)(1). After having reviewed the Report and Recommendation, Petitioner's objections, and the record as it pertained thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation are hereby adopted by this Court. Respondent's Motion for Summary Judgment (Dkt. No. 10) is **GRANTED**, Petitioner's § 2254 petition is **DENIED**, and this civil action is **DISMISSED** with prejudice. A Certificate of Appealability is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

IT IS SO **ORDERED**.

SO ORDERED August 24, 2021, at McAllen, Texas.

*[signature: Randy Crane]*
Randy Crane
United States District Judge